**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD.<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:23-cv-00214-JRG<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LTD.<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:23-cv-00206-JRG<br><br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:23-cv-00207-JRG<br><br>(Member Case) |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Lionra Technologies Ltd. ("Plaintiff") hereby dismisses this action against Defendant Palo Alto Networks, Inc. ("Palo Alto") without prejudice. Plaintiff notes that this action against Palo Alto has been designated as the Lead Case and therefore respectfully requests that the Court designate one of the other two member cases as the Lead Case.

Dated:  July 6, 2023                Respectfully submitted,

                        /s/ Brett Cooper

                        Justin Kurt Truelove
                        TX State Bar No. 24013653
                        TRUELOVE LAW FIRM, PLLC
                        100 West Houston

Marshall, Texas 75670
903-938-8321
903-215-8510 Fax
kurt@truelovelawfirm.com

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

***Attorneys for Plaintiff Lionra Technologies
Limited***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record on July 6, 2023.

/s/ Brett Cooper
Brett Cooper

2