UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD.<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:23-cv-00214-JRG<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LTD.<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:23-cv-00206-JRG<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:23-cv-00207-JRG<br>(Member Case) |

**PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Plaintiff Lionra Technologies Limited ("Lionra"), hereby provides notice that on July 6, 2023, it served its Disclosure of Asserted Claims and Infringement Contentions upon Defendants' counsel of record via electronic mail pursuant to the Scheduling Conference Order (Dkt. No. 11).

Dated:  July 6, 2023

Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)

shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

***Attorneys for Plaintiff Lionra Technologies Limited***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on July 6, 2023.

*/s/ Brett Cooper*
Brett Cooper