IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>PALO ALTO NETWORKS, INC., | §§§§§§§§§ CIVIL ACTION NO. 2:23-CV-00214-JRG<br>(LEAD CASE) |
| FORTINET, INC., | §§§§§§ CIVIL ACTION NO. 2:23-CV-00206-JRG<br>(MEMBER CASE) |
| CISCO SYSTEMS, INC.<br><br>*Defendants*. | §§§§§§ CIVIL ACTION NO. 2:23-CV-00207-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff Lionra Technologies Ltd. ("Plaintiff") pursuant to Rule 41(a)(1)(A)(i). (Dkt. No. 18.) In the Notice, Plaintiff voluntarily dismisses without prejudice all claims against Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") in case 2:23-cv-214. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Palo Alto Networks in Case No. 2:23-cv-00214 are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Court further **ORDERS** that Case No. 2:23-cv-00207 shall, from this point forward, be **CONSOLIDATED** for all pretrial issues with the **LEAD CASE**, Case No. 2:23-cv-00206. All

parties are instructed to file any future filings in the **LEAD CASE**. Individual cases remain active for trial.

The Clerk is instructed to add the consolidated Defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared pro hac vice in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear pro hac vice in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

All pending requests for relief in Case No. 2:23-cv-00214 not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** Case No. 2:23-cv-00214 as no parties or claims remain.

**So ORDERED and SIGNED this 7th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE